UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Christopher James Doele    Case No.    16-10352 RG
Chapter:    7
Judge:    Rosemary Gambardella

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Donald V. Biase., Chapter 7 Trustee, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later than 7 days before the hearing date.

| **Address of the Clerk**: | Martin Luther King, Jr. Federal Building |
| --- | --- |
| | 50 Walnut Street |
| | Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on September 13, 2016 at 10:00 a.m. at the United States Bankruptcy Court, Third Floor, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, NJ 07102 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed, the Clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

**Nature of action**: The Trustee brought an action, Biase v. Ted Morrow and Svetlana Morrow, Adv. Pro. No. 16-1147, for a sale pursuant to section 363(h) of the Bankruptcy Code of real property located at 160 Preston Street, Ridgefield Park, New Jersey (the "Property") owned by the Morrows and the Debtor as tenants-in-common, and for an accounting related to the Morrows' use of the Property and failure to pay certain expenses of the Property. The Trustee settled this matter due to certain defenses raised by the Morrows and to avoid the delay, expense and uncertainty of litigation.

**Pertinent terms of settlement**:    The Morrows shall pay to the Trustee the sum of $36,000.00, to be paid at the rate of $3,000.00 per month for 12 consecutive months commencing on August 15, 2016. Upon delivery of the final payment, the Trustee will deed his interest in the Property to the Morrows. The Morrows will continue to pay the mortgage and real property taxes in a timely manner and will properly insure and maintain the Property.

Objections must be served on, and requests for additional information directed to:

| NAME: | /s/ Richard B. Honig, Esq. |
| --- | --- |
| ADDRESS: | Hellring Lindeman Goldstein & Siegal LLP |
| | One Gateway Center, Newark, New Jersey  07102 |
| TEL. NO: | 973.621.9020 |

100022

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-10352-RG
Christopher James Doele                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Aug 02, 2016
                              Form ID: pdf905          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2016.
db           +Christopher James Doele,    851 Springfield Avenue,    Apt. 11F,    Summit, NJ 07901-1139
aty          +Hellring Lindeman Goldstein & Siegal LLP,    One Gateway Center,    Newark, NJ 07102-5323
515936447     American Education Services,    PO Box 2461,   Harrisburg, PA 17105-2461
515936448    ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
515936449     Bank of America/AAA Financial Services,    PO Box 982235,    El Paso, TX 79998-2235
515936450    +Brigette Doele,    156 Seton Place,    South Orange, NJ 07079-2514
515936451     Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
515936452     Chase Cardmember Services,    P.O. Box 15299,    Wilmington, DE 19850-5299
515936453     Citibank,    PO Box 6004,    Sioux Falls, SD 57117-6004
515936454     Credit First, N.A.,    PO Box 81315,    Cleveland, OH 44181-0315
515936455    +Nationstar Mortgage,    PO Box 619094,    Dallas, TX 75261-9094
515936456    +Ndidiamaka Ukah,    68 Ridgeway Ave,    West Orange, NJ 07052-3219
515936457     Ted and Svetlana Morrow,    160 Preston Street,    Ridgefield Park, NJ 07660-1563
515936458    +Zucker Goldberg & Ackerman,    200 Sheffield Street, Suite 101,    Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 03 2016 00:26:44    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 03 2016 00:26:42    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               dcarlon@zuckergoldberg.com
              Donald V. Biase    dbiase4236@gmail.com, dvb@trustesolutions.net;pbellina@outlook.com
              Donald V. Biase    on behalf of Trustee Donald V. Biase dbiase4236@gmail.com,
               dvb@trustesolutions.net;pbellina@outlook.com
              Jay L. Lubetkin    on behalf of Mediator    Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jeffrey A. Lester    on behalf of Interested Party Ted & Svetlana   Morrow jlester@bllaw.com
              Jeffrey A. Lester    on behalf of Defendant Ted  Morrow jlester@bllaw.com
              Jeffrey A. Lester    on behalf of Defendant Svetlana  Morrow jlester@bllaw.com
              Richard  Honig    on behalf of Trustee Donald V. Biase rbhonig@hlgslaw.com
              Richard  Honig    on behalf of Plaintiff Donald V. Biase rbhonig@hlgslaw.com
              Steven Z Jurista    on behalf of Debtor Christopher James Doele sjurista@wjslaw.com,
               ldenson@wjslaw.com;sjurista@ecf.inforuptcy.com;ldenson@ecf.inforuptcy.com
                                                                                              TOTAL: 10