| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>HELLRING LINDEMAN GOLDSTEIN &<br>SIEGAL LLP<br>Richard B. Honig, Esq.<br>Attorneys for Donald V. Biase, Chapter 7 Trustee<br>One Gateway Center<br>Newark, New Jersey 07102-5323<br>973.621.9020 | **Order Filed on August 9, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>CHRISTOPHER JAMES DOELE,<br><br>       Debtors. | Case No. 16-10352 RG<br><br>Chapter 7 Proceeding<br><br>Judge:  Rosemary Gambardella |

## ORDER AUTHORIZING RETENTION OF SPEED
## FINANCIAL SERVICES, INC. AS ACCOUNTANTS FOR TRUSTEE

The relief set forth on the following page numbered two is hereby ORDERED.

**DATED: August 9, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the Applicant's request for authorization to retain Speed Financial Services, Inc. as accountants, it is hereby ORDERED

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is: <u>99 Morris Avenue</u>

   <u>Springfield, New Jersey 07081</u>

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is

   ☐ Granted    ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a Chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

157975