Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−10352−RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher James Doele
   851 Springfield Avenue
   Apt. 11F
   Summit, NJ 07901

Social Security No.:
   xxx−xx−8064

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:     9/19/17
Time:     10:00 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Hellring Lindeman Goldstein & Siegal, LLP, Trustee's Attorney

COMMISSION OR FEES
Fee: 19,967.50

EXPENSES
$586.33

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 28, 2017
JAN:

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                           Case No. 16-10352-RG
Christopher James Doele                                          Chapter 7
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 2          Date Rcvd: Aug 28, 2017
                             Form ID: 137             Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2017.
db            +Christopher James Doele,    851 Springfield Avenue,    Apt. 11F,    Summit, NJ 07901-1139
aty           +Hellring Lindeman Goldstein & Siegal LLP,    One Gateway Center,    Newark, NJ 07102-5323
acc           +Speed Finanical Services, Inc.,   99 Morris Avenue,    Springfield, NJ 07081-1425
515936447      American Education Services,    PO Box 2461,    Harrisburg, PA 17105-2461
515936448    ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court:   Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
515936449      Bank of America/AAA Financial Services,    PO Box 982235,    El Paso, TX 79998-2235
515936450    #+Brigette Doele,    156 Seton Place,   South Orange, NJ 07079-2514
515936451      Capital One,    PO Box 30285,   Salt Lake City, UT 84130-0285
516341432      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
515936452      Chase Cardmember Services,    P.O. Box 15299,   Wilmington, DE 19850-5299
515936453      Citibank,    PO Box 6004,   Sioux Falls, SD 57117-6004
516393003     +Credit First NA,    PO Box 818011,   Cleveland, OH 44181-8011
515936454      Credit First, N.A.,   PO Box 81315,    Cleveland, OH 44181-0315
515936455     +Nationstar Mortgage,    PO Box 619094,   Dallas, TX 75261-9094
515936456     +Ndidiamaka Ukah,   68 Ridgeway Ave,    West Orange, NJ 07052-3219
515936457      Ted and Svetlana Morrow,    160 Preston Street,    Ridgefield Park, NJ 07660-1563
515936458     +Zucker Goldberg & Ackerman,    200 Sheffield Street, Suite 101,    Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 28 2017 22:37:30      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2017 22:37:26      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Donald V. Biase    dbiase4236@gmail.com,  dvb@trustesolutions.net;pbellina@outlook.com
          Donald V. Biase    on behalf of Trustee Donald V. Biase dbiase4236@gmail.com,
           dvb@trustesolutions.net;pbellina@outlook.com
          Jay L. Lubetkin    on behalf of Mediator    Jay L. Lubetkin jlubetkin@rltlawfirm.com,
           rgaydos@rltlawfirm.com
          Jeffrey A. Lester    on behalf of Interested Party Ted & Svetlana  Morrow jlester@bllaw.com
          Jeffrey A. Lester    on behalf of Defendant Ted  Morrow jlester@bllaw.com
          Jeffrey A. Lester    on behalf of Defendant Svetlana  Morrow jlester@bllaw.com
          Richard  Honig    on behalf of Trustee Donald V. Biase rbhonig@hlgslaw.com
          Richard  Honig    on behalf of Plaintiff Donald V. Biase rbhonig@hlgslaw.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Aug 28, 2017
                              Form ID: 137             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Steven Z Jurista    on behalf of Debtor Christopher James Doele sjurista@wjslaw.com, ldenson@wjslaw.com;sjurista@ecf.inforuptcy.com;ldenson@ecf.inforuptcy.com
                                                      TOTAL: 10