| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP Richard B. Honig, Esq. Attorneys for Donald V. Biase, Chapter 7 Trustee One Gateway Center Newark, New Jersey 07102-5323 973.621.9020 |
| In Re: CHRISTOPHER JAMES DOELE, Debtor. |

Order Filed on September 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 16-10352 RG

Chapter 7 Proceeding

Hon. Rosemary Gambardella

Hearing Date: 9/19/17 at 10:00 a.m.

### ORDER FOR FINAL ALLOWANCES
### FOR COUNSEL TO CHAPTER 7 TRUSTEE

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: September 21, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor: CHRISTOPHER JAMES DOELE
Case No.: 16-10352 RG

ORDER FOR FINAL ALLOWANCES FOR COUNSEL TO CHAPTER 7 TRUSTEE

THIS MATTER being opened to the Court upon the Application of Hellring Lindeman Goldstein & Siegal LLP, counsel for Donald V. Biase, Chapter 7 Trustee for the above captioned Debtor, for payment of final allowances and reimbursement of out-of-pocket expenses; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and the Court having read and considered the Application of counsel; and good cause appearing therefore, it is hereby

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Hellring Lindeman Goldstein & Siegal LLP | $ 19,967.50 | $ 586.33 |

*rev. 8/1/15*

2

163187