| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP Richard B. Honig, Esq. Attorneys for Donald V. Biase, Chapter 7 Trustee One Gateway Center Newark, New Jersey 07102-5323 973.621.9020 |
| In Re: CHRISTOPHER JAMES DOELE, Debtor. |

Order Filed on September 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 16-10352 RG

Chapter 7 Proceeding

Hon. Rosemary Gambardella

Hearing Date: 9/19/17 at 10:00 a.m.

## ORDER FOR FINAL ALLOWANCES
## FOR COUNSEL TO CHAPTER 7 TRUSTEE

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

DATED: September 21, 2017

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor: CHRISTOPHER JAMES DOELE
Case No.: 16-10352 RG

ORDER FOR FINAL ALLOWANCES FOR COUNSEL TO CHAPTER 7 TRUSTEE

THIS MATTER being opened to the Court upon the Application of Hellring Lindeman Goldstein & Siegal LLP, counsel for Donald V. Biase, Chapter 7 Trustee for the above captioned Debtor, for payment of final allowances and reimbursement of out-of-pocket expenses; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and the Court having read and considered the Application of counsel; and good cause appearing therefore, it is hereby

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Hellring Lindeman Goldstein & Siegal LLP | $ 19,967.50 | $ 586.33 |

*rev. 8/1/15*

2

163187

United States Bankruptcy Court
District of New Jersey

In re:  
Christopher James Doele  
    Debtor

Case No. 16-10352-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 21, 2017  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2017.  
db            +Christopher James Doele,    851 Springfield Avenue,    Apt. 11F,    Summit, NJ 07901-1139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2017 at the address(es) listed below:  
            Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
            Donald V. Biase    on behalf of Trustee Donald V. Biase dbiase4236@gmail.com, dvb@trustesolutions.net;pbellina@outlook.com;dbiase@iq7technology.com  
            Donald V. Biase    dbiase4236@gmail.com, dvb@trustesolutions.net;pbellina@outlook.com;dbiase@iq7technology.com  
            Jay L. Lubetkin    on behalf of Mediator    Jay L. Lubetkin jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com  
            Jeffrey A. Lester    on behalf of Interested Party Ted & Svetlana    Morrow jlester@bllaw.com  
            Jeffrey A. Lester    on behalf of Defendant Ted    Morrow jlester@bllaw.com  
            Jeffrey A. Lester    on behalf of Defendant Svetlana    Morrow jlester@bllaw.com  
            Richard  Honig    on behalf of Trustee Donald V. Biase rbhonig@hlgslaw.com  
            Richard  Honig    on behalf of Plaintiff Donald V. Biase rbhonig@hlgslaw.com  
            Steven Z Jurista    on behalf of Debtor Christopher James Doele sjurista@wjslaw.com, ldenson@wjslaw.com;sjurista@ecf.inforuptcy.com;ldenson@ecf.inforuptcy.com  
                                                                                                                                   TOTAL: 10