Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                Case No.: 16−10352−RG
                                                Chapter: 7
                                                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher James Doele
   851 Springfield Avenue
   Apt. 11F
   Summit, NJ 07901

Social Security No.:
   xxx−xx−8064

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on October 6, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 30 − 26
Order Granting Application For Compensation for Speed Finanical Services, Inc., fees awarded: $999.00, expenses awarded: $18.20 (Related Doc # 26). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/5/2017. (rah)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 6, 2017
JAN: rah

                                                                             Jeanne Naughton
                                                                             Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 16-10352-RG
Christopher James Doele                                         Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Oct 06, 2017
                              Form ID: orderntc        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2017.
acc            +Speed Finanical Services, Inc.,   99 Morris Avenue,   Springfield, NJ 07081-1425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Donald V. Biase    on behalf of Trustee Donald V. Biase dbiase4236@gmail.com, dbiase@iq7technology.com;dbiase4236@gmail.com
              Donald V. Biase    dbiase4236@gmail.com,    dbiase@iq7technology.com;dbiase4236@gmail.com
              Jay L. Lubetkin    on behalf of Mediator    Jay L. Lubetkin jlubetkin@rltlawfirm.com, rgaydos@rltlawfirm.com
              Jeffrey A. Lester    on behalf of Interested Party Ted & Svetlana   Morrow jlester@bllaw.com
              Jeffrey A. Lester    on behalf of Defendant Ted   Morrow jlester@bllaw.com
              Jeffrey A. Lester    on behalf of Defendant Svetlana   Morrow jlester@bllaw.com
              Richard  Honig    on behalf of Trustee Donald V. Biase rbhonig@hlgslaw.com
              Richard  Honig    on behalf of Plaintiff Donald V. Biase rbhonig@hlgslaw.com
              Steven Z Jurista    on behalf of Debtor Christopher James Doele sjurista@wjslaw.com, ldenson@wjslaw.com;sjurista@ecf.inforuptcy.com;ldenson@ecf.inforuptcy.com
                                                                                              TOTAL: 10