Caption in Compliance with D.B,H, KBR 9004-2 ( c )

Speed Financial Services, Inc.
99 Morris Avenue
Springfield, New Jersey 07081
(973) 912-8216



Order Filed on October 5, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

CHRISTOPHER JAMES DOELE

Case No.   16-10352 (RG)

Honorable Rosemary Gambardella

### ORDER GRANTING FIRST AND FINAL ALLOWANCE OF FEES TO ACCOUNTANTS TO CHAPTER 7 TRUSTEE

The relief set forth on the following page(s), numbered 2, is hereby **ORDERED**

**DATED: October 5, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2)

Debtor:  Christopher James Doele

Docket No:   16-10352 (RG)

Caption of Order:   Order Granting First and Final Allowances of Fees to Accountants
to Chapter 7 Trustee

---

Upon Consideration of the application of Speed Financial Services, Inc., Accountants to the Donald V. Biase, Chapter 7 trustee; and it appearing that due notice of said fee application was sent to all known creditors and parties in interest herein: and no objections to the allowance of such fees and expenses having files with the Clerk of this Court; and the Court having considered the Application as filed; and good cause appearing therefrom for the making of this Order, it is therefore

**ORDERED** that Speed Financial Services, Inc., be and the same are herby awarded a first and final allowance of fees in the amount of $999.00, together with reimbursement of actual out of pocket disbursements in the sum of $18.20, for a total award of $1,017.20.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-10352-RG
Christopher James Doele                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: Oct 06, 2017
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2017.
db              +Christopher James Doele,    851 Springfield Avenue,    Apt. 11F,    Summit, NJ 07901-1139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donald V. Biase    on behalf of Trustee Donald V. Biase dbiase4236@gmail.com,
               dbiase@iq7technology.com;dbiase4236@gmail.com
              Donald V. Biase    dbiase4236@gmail.com,    dbiase@iq7technology.com;dbiase4236@gmail.com
              Jay L. Lubetkin    on behalf of Mediator    Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jeffrey A. Lester    on behalf of Interested Party Ted & Svetlana   Morrow jlester@bllaw.com
              Jeffrey A. Lester    on behalf of Defendant Ted   Morrow jlester@bllaw.com
              Jeffrey A. Lester    on behalf of Defendant Svetlana   Morrow jlester@bllaw.com
              Richard  Honig    on behalf of Trustee Donald V. Biase rbhonig@hlgslaw.com
              Richard  Honig    on behalf of Plaintiff Donald V. Biase rbhonig@hlgslaw.com
              Steven Z Jurista    on behalf of Debtor Christopher James Doele sjurista@wjslaw.com,
               ldenson@wjslaw.com;sjurista@ecf.inforuptcy.com;ldenson@ecf.inforuptcy.com
                                                                                               TOTAL: 10