Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

                    Case No.:  16−10352−RG
                    Chapter:  7
                    Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Christopher James Doele
    851 Springfield Avenue
    Apt. 11F
    Summit, NJ 07901

Social Security No.:
    xxx−xx−8064

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE,
## OF HEARING ON APPLICATIONS FOR COMPENSATION
## (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Rosemary Gambardella on:

DATE:              November 21, 2017
TIME:              10:00 AM
LOCATION:          Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor,
Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation
and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but
not required.

The account of the trustee shows:

TOTAL RECEIPTS:              $36,000.00
TOTAL DISBURSEMENTS:          $722.83
BALANCE ON HAND:             $35,277.17

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled
to priority must be paid in advance of any dividends to general creditors. The following applications for
compensation have been filed: (creditors may be heard before the applications are determined)

---

APPLICANT(S)
Donald V. Biase, Trustee

COMMISSION OR FEES
Fee: $4350.00

EXPENSES
$135.98

The trustee's application to abandon the following property will be heard and acted upon:

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: October 31, 2017
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-10352-RG
Christopher James Doele                                                    Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 2           Date Rcvd: Oct 31, 2017
                             Form ID: 192            Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2017.
db          +Christopher James Doele,   851 Springfield Avenue,   Apt. 11F,   Summit, NJ 07901-1139
aty         +Hellring Lindeman Goldstein & Siegal LLP,   One Gateway Center,   Newark, NJ 07102-5323
cr          American Express Bank ,FSB,   Attn: Becket and Lee LLP,   PO Box 3001,
             Malvern, PA  19355-0701
acc         +Speed Finanical Services, Inc.,   99 Morris Avenue,   Springfield, NJ 07081-1425
515936447    American Education Services,   PO Box 2461,   Harrisburg, PA 17105-2461
515936448   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,   PO Box 982235,   El Paso, TX 79998-2235)
515936449    Bank of America/AAA Financial Services,   PO Box 982235,   El Paso, TX 79998-2235
515936450   #+Brigette Doele,   156 Seton Place,   South Orange, NJ 07079-2514
515936451    Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
516341432    Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
515936452    Chase Cardmember Services,   P.O. Box 15299,   Wilmington, DE 19850-5299
515936453    Citibank,   PO Box 6004,   Sioux Falls, SD 57117-6004
516393003   +Credit First NA,   PO Box 818011,   Cleveland, OH 44181-8011
515936454    Credit First, N.A.,   PO Box 81315,   Cleveland, OH 44181-0315
515936455   +Nationstar Mortgage,   PO Box 619094,   Dallas, TX 75261-9094
515936456   +Ndidiamaka Ukah,   68 Ridgeway Ave,   West Orange, NJ 07052-3219
515936457    Ted and Svetlana Morrow,   160 Preston Street,   Ridgefield Park, NJ 07660-1563
515936458   +Zucker Goldberg & Ackerman,   200 Sheffield Street, Suite 101,   Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 31 2017 22:44:44   U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 31 2017 22:44:40   United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
                                                                                         TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          Donald V. Biase     dbiase4236@gmail.com,   dbiase@iq7technology.com;dbiase4236@gmail.com
          Donald V. Biase     on behalf of Trustee Donald V. Biase dbiase4236@gmail.com,
            dbiase@iq7technology.com;dbiase4236@gmail.com
          Jay L. Lubetkin     on behalf of Mediator   Jay L. Lubetkin jlubetkin@rltlawfirm.com,
            rgaydos@rltlawfirm.com
          Jeffrey A. Lester   on behalf of Interested Party Ted & Svetlana  Morrow jlester@bllaw.com
          Jeffrey A. Lester   on behalf of Defendant Ted  Morrow jlester@bllaw.com
          Jeffrey A. Lester   on behalf of Defendant Svetlana  Morrow jlester@bllaw.com
          Richard  Honig    on behalf of Trustee Donald V. Biase rbhonig@hlgslaw.com
          Richard  Honig    on behalf of Plaintiff Donald V. Biase rbhonig@hlgslaw.com

District/off: 0312-2            User: admin              Page 2 of 2              Date Rcvd: Oct 31, 2017
                               Form ID: 192              Total Noticed: 20

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Steven Z Jurista   on behalf of Debtor Christopher James Doele sjurista@wjslaw.com,
               ldenson@wjslaw.com;sjurista@ecf.inforuptcy.com;ldenson@ecf.inforuptcy.com
                                                                                    TOTAL: 10