UNITED STATES BANKRUPCTY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DONALD V. BIASE
110 Allen Road
Suite 304
Basking Ridge, NJ 07920
Chapter 7 Trustee

Order Filed on November 30, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CHRISTOPHER JAMES DOELE.

Case No.: 16-10352-RG

Chapter   7

Hearing Date: 11/21/2017

Judge: Rosemary Gambardella

### ORDER AWARDING TRUSTE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: November 30, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                          Case No. 16-10352-RG

Christopher James Doele

Debtor
_____

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this _____ day of _____, 2017, upon consideration of the foregoing application for compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $4,350.00 is reasonable compensation for the services rendered in this case by Donald V. Biase, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code; that $135.98 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

_____
HONORABLE ROSEMARY GAMBARDELLA
UNITED STATES BANKRUPTCY JUDGE