UNITED STATES BANKRUPCTY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DONALD V. BIASE
110 Allen Road
Suite 304
Basking Ridge, NJ 07920
Chapter 7 Trustee

Order Filed on November 30, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CHRISTOPHER JAMES DOELE.

Case No.: 16-10352-RG

Chapter   7

Hearing Date: 11/21/2017

Judge: Rosemary Gambardella

### ORDER AWARDING TRUSTE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: November 30, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Case No. 16-10352-RG

Christopher James Doele

Debtor

_____

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this _____ day of _____, 2017, upon consideration of the foregoing application for compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $4,350.00 is reasonable compensation for the services rendered in this case by Donald V. Biase, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code; that $135.98 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

_____
HONORABLE ROSEMARY GAMBARDELLA
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-10352-RG
Christopher James Doele                                                   Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin              Page 1 of 1              Date Rcvd: Dec 04, 2017
                        Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2017.
db             +Christopher James Doele,    851 Springfield Avenue,    Apt. 11F,    Summit, NJ 07901-1139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donald V. Biase    on behalf of Trustee Donald V. Biase dbiase4236@gmail.com,
               dbiase@iq7technology.com;dbiase4236@gmail.com
              Donald V. Biase    dbiase4236@gmail.com,   dbiase@iq7technology.com;dbiase4236@gmail.com
              Jay L. Lubetkin    on behalf of Mediator    Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jeffrey A. Lester    on behalf of Interested Party Ted & Svetlana   Morrow jlester@bllaw.com
              Jeffrey A. Lester    on behalf of Defendant Ted   Morrow jlester@bllaw.com
              Jeffrey A. Lester    on behalf of Defendant Svetlana   Morrow jlester@bllaw.com
              Richard  Honig    on behalf of Trustee Donald V. Biase rbhonig@hlgslaw.com
              Richard  Honig    on behalf of Plaintiff Donald V. Biase rbhonig@hlgslaw.com
              Steven Z Jurista    on behalf of Debtor Christopher James Doele sjurista@wjslaw.com,
               ldenson@wjslaw.com;sjurista@ecf.inforuptcy.com;ldenson@ecf.inforuptcy.com
                                                                                             TOTAL: 10