| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Donald V. Biase, Chapter 7 Trustee<br>110 Allen Road #304<br>Basking Ridge, NJ 07920 |

| In Re: | Case No.: | **16-10352-RG** |
|---|---|---|
| DOELE, CHRISTOPHER JAMES | Chapter: | **7** |
| | Hearing Date: | |
| | Judge: | **Rosemary Gambardella** |

*BANKRUPTCY COURT FILED NEWARK, NJ 2018 APR 16 P 3:34 — DEPUTY CLERK* (stamp)

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 3011-1(a)

Donald V. Biase, trustee in the above captioned matter states that the entire amount in the trustee's account has been disbursed and that the following funds remain unclaimed. The undersigned will immediately forward a check to the court in the amount of $165.82, payable to the Clerk, United States Bankruptcy Court. The parties entitled to said funds are listed below together with their last known address.

| PAYEE<br>NAME AND ADDRESS | AMOUNT |
|---|---|
| Credit First, NA<br>PO Box 818011, Cleveland, OH, 44181 | $165.82 |

Dated: April 10, 2018

/s/ Donald V. Biase
Donald V. Biase, Chapter 7 Trustee